# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LAURIE B. JOHNS and JOSHUA R. JOHNS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case Number: CV-14-000254<br>) |
| WELLS FARGO BANK, N.A., | )<br>) |
| Defendant. | ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully moves the Court to enter judgment in its favor pursuant to Rule 12(c) of the *Federal Rules of Civil Procedure*. In support thereof, Wells Fargo relies on its Memorandum of Law and the documents attached to its Answer to Plaintiff Joshua and Laurie Johnses' Amended Complaint. As demonstrated thereof, the Johnses' Amended Complaint asserts no viable claim for relief and is due to be dismissed in its entirety.

Respectfully submitted the 10th day of April, 2015.

/s/ Catherine C. Long
D. KEITH ANDRESS
CATHERINE C. LONG

Attorneys for Defendant Wells Fargo Bank, N.A.

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1400
Birmingham, Alabama  35203
(205) 244-3858 – telephone
(205) 488-3767 – facsimile
kandress@bakerdonelson.com
clong@bakerdonelson.com


**CERTIFICATE OF SERVICE**

I hereby certify that on April    10, 2015, the foregoing has been sent via electronic mail and/or this Court's electronic filing system to the following:

>Mr. Earl P. Underwood, Jr.
>Mr. Kenneth J. Reimer
>Underwood & Reimer, P.C.
>Attorney for Plaintiff and Proposed Class
>21 South Section Street
>Fairhope, AL 365832
>Telephone: 251-990-5558
>Email: epunderwood@alalaw.com


/s/ Catherine C. Long
OF COUNSEL