# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAURIE B. JOHNS and JOSHUA R. JOHNS, individually and on behalf of a class of persons similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 14-0254-KD-C |
| WELLS FARGO BANK, N.A., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date granting Defendant Wells Fargo Bank, N.A.'s motion for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiffs Laurie B. Johns and Joshua R. Johns.

DONE and ORDERED this the 17th day of December 2015.

    s / Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**